UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Charlie Auto Sales, et al
    Plaintiff(s)

v.

Mitsubishi Motors, et al
    Defendant(s)

Civil No. 98-1767(PG)

| MOTION | ORDER |
|---|---|
| Motion to withdraw motion for entry of default. (dkt. #19) | _X_ is GRANTED.<br><br>___ is DENIED.<br><br>___ is MOOT.<br><br>___ is NOTED. |

Date: October 5, 1999

JUAN M. PEREZ-GIMENEZ
U.S. District Judge