**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

*RECEIVED & FILED*
*1999 NOV 19 AM 8:42*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

CHARLIE AUTO SALES, INC./
HYUNDAI DE BAYAMON, CHARLIE
LA COSTA; ELBA GOTAY AND THE
CONJUGAL PARTNERSHIP FORMED
BETWEEN THEM

    Plaintiffs

    v.                      Civil No. 98-1767 (PG)

MITSUIBISHI MOTOR SALES OF
CARIBBEAN, INC., ET AL.

    Defendants

| MOTION | ORDER |
|---|---|
| Docket #29 | GRANTED |

Date: November 18, 1999.

                                            *JUAN M. PEREZ-GIMENEZ*
                                            U.S. District Judge


