ENTERED ON DOCKET

12/8/99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 DEC -8 AM 8:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CHARLIE AUTO SALES, INC.,
ET AL.,

    Plaintiffs

    v.                                    Civ. No. 98-1767(PG)

MITSUBISHI MOTOR SALES OF
CARIBBEAN, INC., ET AL.,

    Defendants

## JUDGMENT

The Court dismissed without prejudice of reinstatement plaintiffs' antitrust claims as well as its state law claims. It is hereby

**ORDERED AND ADJUDGED** that plaintiffs' claims are **DISMISSED without prejudice.**

San Juan, Puerto Rico, December 7, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge



AO 72A
(Rev. 8/82)