IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

00 JAN -3 PM 2: 16

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

CHARLIE AUTO SALES, INC./
HYUNDAI DE BAYAMON, CHARLIE
LA COSTA; ELBA GOTAY AND THE
CONJUGAL PARTNERSHIP FORMED
BETWEEN THEM

PLAINTIFFS

VS.

MITSUBISHI MOTOR SALES OF
CARIBBEAN, INC., ET ALS.

DEFENDANTS

CIVIL NO.   98-1767 (PG)

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

Notice is hereby given that Charlie Auto Sales/Hyundai de Bayamon., hereinafter CAS/HB, defendants in the above captioned case, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment dismissing the Complaint without prejudice issued on December 7, 1999 by the District Court, and entered on the docket on December 8, 1999.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd of January, 2000.

**I HEREBY CERTIFY:** That on this same date I have forwarded a copy of the foregoing motion to **Juan A. Ramos Díaz, Esq.**, 359 De Diego Ave., Suite 601, San Juan,

P.R. 00909-1711; **James Belk-Arce, Sierra/Serapión**, P.O. Box 192459, San Juan, P.R. 00919-2459 and **Pedro J. Santa-Sánchez, O'Neill & Borges**, American International Plaza, 8th Floor, 250 Muñoz Rivera Avenue, Hato Rey, P.R. 00918.

> PINTO-LUGO & RIVERA
> P.O. BOX 9024098
> SAN JUAN, PR 00902-4098
> TEL: 724-8103 & FAX: 724-8152
>
> DARIO RIVERA-CARRASQUILLO
> USDC- PR #201104

660-1404F

2